**VIRGINIA: IN THE CITY OF RICHMOND GENERAL DISTRICT COURT**
**CIVIL DIVISION**
**Second Floor John Marshall Courts Building**
**400 N. 9th Street – Suite 203**
**Richmond, VA 23219-1546**

| | |
|---|---|
| Conchita M. Turpin )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>The Wellpoint Companies Inc. )<br>　　　　　　　Defendant. ) | Case No. GV08042145-00 |

## BILL OF PARTICULARS

COMES NOW the Plaintiff, Conchita M. Turpin – Pro Se, and moves the Court for judgment against the Defendant for the following reasons:

1. On May 8, 2007, I was wrongfully discharged from my employment with the Wellpoint Companies, Inc., said reason was "No Call, No Show".

2. On May 8, 2007, I filed a complaint with EEOC against the Wellpoint Companies for damages totaling over $25,000.

1

3. On or about August 28, 2007, plaintiff received a Notice of Suit Rights from the EEOC.

4. On November 13, 2007, plaintiff filed a motion in the John Marshall City of Richmond General District Court for wrongful termination, case no. 07-65817.

5. On or about December 7, 2007, defendant responded.

6. On February 21, 2008, the Wellpoint Companies, Inc. offered the plaintiff a settlement in the amount of $7500.00

7. On or about March 12, 2008, the Wellpoint Companies breached the contractual agreement made between us (plaintiff and defendant) by sending the plaintiff' a payroll check (check no. 168672), in the amount of $4636.54, which was $2863.46 less than the amount that the plaintiff agreed upon, instead of a settlement check in the amount of $7500.00.

8. On or about March 12, 2008, defendant sent plaintiff a payroll check with deductions charging plaintiff for medical insurance and for disability insurance after plaintiff had already been terminated over ten months.

9. Defendant has given false information, in stating that the plaintiff had been re-instated as a Wellpoint Companies employee. Plaintiff was never re-instated.

10. Plaintiff is eligible for severance pay for 13.25 weeks in the amount of $5995.04, and make a claim for it in this action.

11. Defendant has caused plaintiff to suffer emotional distress and financial hardship.

**WHEREFORE,** the Plaintiff moves this Court for judgment against the Defendant in the amount of $10,000.00 plus 6% interest from the 8th day of May 2007, until paid and other consequential damages. The Plaintiff also moves this Court for judgment against the Defendant for fraud, in the amount of $5000.00 with 6% interest from the 8th day of May 2007, until paid, plus attorney fees and punitive damages. Plaintiff request trial by jury.

Respectfully Submitted

*Conchita M. Turpin*
Pro Se

Conchita M. Turpin
41A Craighill Rd.
Richmond, VA 23238
804-477-5488

3

**BILL OF PARTICULARS**
Commonwealth of Virginia  Rule 7B:2

Case No. ..........................................

10/28/08 – 11 AM
TRIAL DATE AND TIME

Sandra C. Blount, Clerk
Richmond General District Court ............................................ General District Court
Civil Division  CITY OR COUNTY
John Marshall Courts Building
400 North 9th Street - Suite 203  STREET ADDRESS OF COURT
Richmond, Virginia 23219-1546

.................................................... V. ....................................................
PLAINTIFF                                DEFENDANT

**TO THE PLAINTIFF:**
You are required to file, and serve by mailing, a written bill of particulars by ..........................................
DATE
You are further required to fully state, in the numbered paragraphs below, each of the reasons/grounds why you think the defendant owes you the money or property claimed. You may attach additional paper if needed.

1.

2.

3.

4

5.

[ ] See continuation sheet.

**NOTICES:** Failure to comply with this order may be grounds for awarding summary judgment in favor of the adverse party. This is not evidence. Both parties still must be prepared, at trial, to prove their case with admissible evidence. Upon trial, the judge may exclude evidence as to matters not described in this pleading.

**CERTIFICATE OF MAILING BY PLAINTIFF**
I certify I mailed a completed copy of this Bill of Particulars to the clerk of this court and to each attorney for the defendant, or to the defendant if not represented, this _____ day of _____, 20____.

BP due 9/3/08
GD due 9/24/08

_____
SIGNATURE OF PLAINTIFF

FORM DC-441 REVISED 6/06

Customize Page

View a Different Payment

**OFFICIAL COPY**



WELLPOINT

| The WellPoint Companies, Inc. | | Pay Group: | Non-Exempt | Advice #: | 6010892 |
|---|---|---|---|---|---|
| 120 Monument Circle | | Pay Begin Date: | 02/19/2007 | Advice Date: | 03/09/2007 |
| Indianapolis, IN 46204 | | Pay End Date: | 03/04/2007 | Net Pay: | $536.0 |

Pursuant to the E-Government Act the original of this page has been filed under seal in the Clerk's Office

| CONCHITA M TURPIN | Company: | 055 | TAX DATA: | Federal | State : VA |
|---|---|---|---|---|---|
| 910 C PALACE WAY | CostCenter: | DMS VA | Marital Status: | Single | Married |
| RICHMOND, VA 23238 | Location: | ATH-Davis Center N.,Rich VA | Allowances: | 1 | 0 |
| | Job Title: | DM Clerk II | Addl Percent: | | |
| SSN: | Pay Rate: | $11.19  Hourly | Addl Amount: | | |
| Associate ID: 055974 | | | Specl Tax Stat: | None | None |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Curr Hours | Rate | Curr Earnings | YTD Hours | YTD Earnings | Description | Current Amount | YTD Amount |
| Reg Time | 80.00 | 11.199453 | 895.96 | 352.50 | 3,947.81 | Fed Withholdng | 72.94 | 414.47 |
| Med Credit | | | 141.81 | | 709.05 | Fed MED/EE | 12.85 | 65.38 |
| Den Credit | | | 10.18 | | 50.90 | Fed OASDI/EE | 54.96 | 279.57 |
| Lif Credit | | | 4.57 | | 22.85 | VA Withholdng | 30.31 | 169.39 |
| LTD Credit | | | 3.67 | | 18.35 | | | |
| Vis Credit | | | 1.74 | | 8.70 | | | |
| Gift Cert | | | | | 32.48 | | | |
| PTO EARN H | | | | 27.00 | 302.39 | | | |
| HOL HRLY | | | | 24.00 | 268.79 | | | |
| NON SCH H | | | | 0.50 | 5.60 | | | |
| Total: | 80.00 | | 1,057.93 | 404.00 | 5,366.92 | Total: | 171.06 | 928.81 |

| The WellPoint Companies, Inc. | Pay Group: | Non-Exempt | | Check #: 168672 | |
|---|---|---|---|---|---|
| 120 Monument Circle | Pay Begin Date: | 03/03/2008 | | | |
| Indianapolis IN 46204 | Pay End Date: | 03/16/2008 | | Check Date: | 03/12/2008 |

| CONCHITA M TURPIN | Company: | 055 | TAX DATA: | Federal | State |
|---|---|---|---|---|---|
| 910 C PALACE WAY | CostCenter-RS: | DMS VA | Marital Status: | Single | Married |
| RICHMOND VA 23238 | Location: | | Allowances: | 1 | 0 |
| | Job Title: | DM Clerk II | Addl. Pct: | | |
| SSN:    Associate ID: 055974 | Pay Rate: | $11.311448 Hourly | Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Settlement | | 7,500.00 | | 7,500.00 |
| **Total:** | 0.00 | 7,500.00 | 0.00 | 7,500.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 1,875.00 | 1,875.00 |
| Fed MED/EE | 108.75 | 108.75 |
| Fed OASDI/EE | 465.00 | 465.00 |
| VA Withholding | 414.71 | 414.71 |
| **Total:** | 2,863.46 | 2,863.46 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | 0.00 | |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 7,500.00 | 7,500.00 | 2,863.46 | 0.00 | 4,636.54 |
| YTD: | 7,500.00 | 7,500.00 | 2,863.46 | 0.00 | 4,636.54 |

| LEAVE ACCRUAL | YTD | STATE/LOCAL | TAXABLE CURRENT | YTD | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| | | VA | 7,500.00 | 7,500.00 | Check 168672 | 4636.54 |
| | | | | 0000000000000 | Total: | 4636.54 |

# VIRGINIA EMPLOYMENT COMMISSION
## NOTICE OF DEPUTY'S DETERMINATION

**POWER OF APPEALS**

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

RR 3 Box 181-C
Grundy                VA 24614

(866) 832-2363   LON: 111
(276) 935-7712/FAX

CLAIMANT NAME AND ADDRESS
CONCHITA M TURPIN
41A CRAIGHILL RD
RICHMOND            VA  23238

PROGRAM: 01     BYE: 05/03/08
LTRN: 01
LAST 30 DAY/240 HOUR EMPLOYER
THE ANTHEM COMPANIES INC
TALX UCM SERVICES, INC
P O BOX 283
ST LOUIS            MD  63166 0283

(Changed) No 438-2010-01164

YOU ARE HEREBY NOTIFIED THAT BASED ON FACTS OBTAINED IN CONNECTION WITH YOUR CLAIM FOR UNEMPLOYMENT COMPENSATION FILED ON 05/06/07 THE UNDERSIGNED DEPUTY PURSUANT TO SECTION 60.2-618(2) OF THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT (AS SHOWN ON BACK) RENDERS THE FOLLOWING DETERMINATION:

   CLAIMANT QUALIFIED EFFECTIVE 05/06/07

ON MAY 8, 2007 YOU WERE DISCHARGED FROM YOUR POSITION WITH THE ABOVE EMPLOYER DUE TO UNACCEPTABLE ATTENDANCE.

THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT PROVIDES A DISQUALIFICATION IF IT IS FOUND A CLAIMANT WAS DISCHARGED FOR MISCONDUCT IN CONNECTION WITH WORK. IT HAS BEEN CONSISTENTLY HELD THAT WILLFUL UNEXCUSED AND CHRONIC ABSENTEEISM OR HABITUAL TARDINESS IN REPORTING FOR WORK WITHOUT ADEQUATE JUSTIFICATION CONSTITUTES MISCONDUCT CONNECTED WITH WORK.

YOU STATED YOU CALLED OUT ON MAY 4, 2007 BECAUSE YOUR VEHICLE WOULD NOT RUN. YOU THEN HAD TO HAVE YOUR VEHICLE TOWED TO THE AUTO SERVICE SHOP TO BE REPAIRED. ON MAY 7, 2007 YOU CALLED AND STATED YOU WOULD BE LATE FOR WORK BECAUSE YOU NEEDED TO PICK UP YOUR VEHICLE. YOU FURTHER STATED YOU WERE NEVER WARNED REGARDING ATTENDANCE ISSUES.

BASED ON THE INFORMATION PROVIDED IT IS THE DETERMINATION OF THE DEPUTY THAT YOUR EMPLOYER HAS NOT PROVIDED EVIDENCE SUFFICIENT TO SHOW MISCONDUCT TO THE EXTENT OF DENYING BENEFITS BECAUSE YOU DID CALL OUT AND THERE HAD BEEN NO PRIOR WARNINGS FOR ATTENDANCE ISSUES. YOU ARE, THEREFORE, QUALIFIED FOR BENEFITS.


RECEIVED NOV 10 2010

**V. WEISS** DEPUTY, VIRGINIA EMPLOYMENT COMMISSION

IF YOU DISAGREE WITH THIS DECISION, YOU HAVE THE RIGHT TO FILE AN APPEAL. YOUR APPEAL RIGHTS ARE EXPLAINED ON THE REVERSE OF THIS FORM. PLEASE READ THEM CAREFULLY.



Conchita M. Turpin
910C Palace Way
Richmond, VA 23238
804-477-5488

*CHARGE, NO*
*438 2010-01164*

May 16, 2007

Commonwealth of Virginia
3501 Lafayette Blvd
Fredericksburg, VA 22401

To Whom It May Concern:

I am writing to appeal recent termination as a Data Entry Operator with Wellpoint/Anthem. The reason given by the department manager, Paul Thomas, was "No Call, No Show." However, as a seven-year veteran associate, I followed department/company procedures in the event of a personal emergency and in fact called in. I have documents to counter his claim and support my action.

Enclosed please find a copy of the cellular phone record listing the company phone number dialed and length of call and the auto repair work order. My home address is not on the bus line and I only own one vehicle. It was imperative that I take the day off to get my car repaired.

I look forward to speaking with you about this matter.

Sincerely,

*[signature]*
Conchita M. Turpin

RECEIVED
NOV 10 2010



# Gmail

Conchita Turpin <conchita.turpin@gmail.com>

## Thank you for submitting resume
2 messages

**Vurv@acs.com <Vurv@acs.com>**  Wed, Aug 25, 2010 at 11:16 AM
To: conchita.turpin@gmail.com

Dear Conchita,

Thank you for submitting your resume. It has been added to our database and should a suitable position become available we will contact you!

---

**Conchita Turpin <conchita.turpin@gmail.com>**  Thu, Sep 2, 2010 at 3:45 PM
Draft To: Vurv@acs.com

[Quoted text hidden]


RECEIVED NOV 10 2010

November 10, 2010

Job Search with The Wellpoint Companies has an Agency by The Name ACS, INC for The Data Management Service (Data Entry) department. I was sent to Human Resources to apply for the Job through Wellpoint by manager, however I was told that I was ineligible for rehire due to "No call, No show".

Since my wrongful termination back in May 8, 2007 I hope to be compensated for my rights. (See charged file)

P.S.

Copies of papers Signed from Wellpoint Companies prior to me receiving <u>Settlement Check</u> VS <u>Payroll Check</u>

WITNESS: Internal Revenue corrected me, that the check that I received (Check No. 168672) in the amount of $4636.54, I would need to present W2's to file my taxes. (H&R Block tax papers were put on Hold! Have proof of concern by IRS.

WITNESS: Legal Aid Society, Attorney Patrick Lavell

WITNESS: Virginia Employment Commission documentation - Hearing 2007, Rules In Conchita Turpi. Favor.
Labor Attorney (Bob Shield) Interview me. He Recognized that I did Try to get my Job back.

I will provide these documentations if needed.

This has been a real Experience for me. Now presently, I am Unemployed, Homeless and The Only Income I have at this time Is the EBT Card of $200.00 Only.

I have No money to pay an attorney, and Legal Aid claims my daughter makes too much money even though she has a child.

Please assist me accordingly, I need to Represent myself.

Conchita M. Turpi
Cell # 397-1232

(WITNESS: Co worker Return back To work. Same situation - she had Attorney
I have Not been compensat
No Job and No Settlement

NOV 10 2010

Page 3 November 10, 2010

Witness: Co-worker Tim Drummond

 804 354
 # 303-3425



O V E R P A Y M E N T   D A T A

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

```
SSN: [REDACTED]            NAME: CONCHITA M TURPIN
NO. OF OVERPAYMENTS:  3                                    NO. OF REPAYMENTS:   18
                    OVERPAYMENT #  3
BENEFIT PROGRAM CODE: 01                                          LIABLE STATE:   51
BENEFIT YEAR BEGINS : 05/06/07      BYE       : 05/03/08    LOCAL OFFICE:  111
FIRST OVERPAID BWE  : 06/16/07      LAST BWE  : 07/07/07    NO. OF WEEKS:    4
DISCOVERY DATE      : 10/05/07      WKS AUDIT :  0    CA REFER DATE: 00/00/00
ESTABLISHED DATE    : 10/05/07      DEPUTY    : 00000000    CAR CODE: 00
OVERPAYMENT CLASS   : F             SOURCE : Y                      CAUSE: 10
LEGAL STATUS        :         INACTIVE FLAG :              INACTIVE DATE: 00/00/00
MONTHLY DUE DATE    : 00   MONTHLY AMOUNT :       .00     DECISION DATE: 10/11/07
DISPOSITION         : A    DISPO DATE     : 10/05/07  LEGAL STATUS EFF: 00/00/00
ALTERNATE SSN       :      OVERPAID AMOUNT:    669.00         DEP BEGIN: 10/08/07
AGREEMENT TYPE      : 0    OFFSET AMOUNT  :    299.00    INVST RPT DATE: 00/00/00
VENUE FIPS          : 000  RECOUP AMOUNT  :       .00     ACTIVITY CODE:
TAX SETOFF INDICATOR:      BALANCE AMOUNT :    370.00     ACTIVITY DATE: 00/00/00
                           OFFSET         :  1           AVAILABLE TAX AMT:    .00
IRORA - 1  >>> FIPS : 00   STATUS CODE  :    DATE SENT: 00/00/00 BAL :     .00
IRORA - 2  >>> FIPS : 00   STATUS CODE  :    DATE SENT: 00/00/00 BAL :     .00
IRORA - 3  >>> FIPS : 00   STATUS CODE  :    DATE SENT: 00/00/00 BAL :     .00
   FOR MORE OVERPAYMENT DATA DEPRESS PF2/PF8           TRANSACTION OPTION:
```

*[Handwritten notes:]*
Appeal Date
last date
to appeal
11-_-07
Bob Shula
674-2351

4-1-10 - Walk In
4-21-10 - Phone Hearing

*[Stamp: RECEIVED NOV 10 2010]*

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 438-2010-01152 |

Virginia Council on Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Conchita M. Turpin | (804) 285-0089 | ■■■ |

Street Address: 41 Craighill Road, Apt. A, Richmond, VA 23238

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GCA SERVICES GROUP, INC. | 500 or More | (804) 340-3444 |

Street Address: Altria/Phillip Morris Bldg., W. Broad Street, Richmond, VA 23220

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                08-13-2010
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with GCA Services as a janitorial employee at the above-referenced location in January 2009. On May 20, 2010, I went on medical leave of absence ("FMLA") due to physical injury. On August 13, 2010, my employment was terminated after my employer refused to permit me to return to my regular work location. Instead, I was offered a different location, which would have caused me to lose benefits related to my disability.

A letter dated August 13, 2010, from Philip Gilbert, Human Resources Director, states:

"On May 20, 2010, you went out on FMLA for personal health reasons. As recent as August 6, 2010, GCA Corporate Benefits Department requested that you provide GCA with an update of your status. On August 10, 2010, GCA confirmed that you had been released by your treating Physician on July 13, 2010 to work with no restrictions. Your failure to return . . . is considered job resignation [and] abandonment. . . . "

I believe I was discriminated against as described above in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 08, 2010    *Conchita M. Turpin*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: Agency(ies) Charge No(s):<br>the original of this page has been filed under seal in the Clerk's Office.<br>☐ FEPA<br>☒ EEOC    438-2010-01164 | and EEOC |
|---|---|---|

Virginia Council On Human Rights
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Conchita M. Turpin | Home Phone (Incl. Area Code)<br>(804) 285-0089 | Date of Birth |
|---|---|---|

Street Address: 41 Craighill Road Apt A, Richmond, VA 23238

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>THE WELLPOINT COMPANIES INC. | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(804) 354-7135 |
|---|---|---|

Street Address: Anthem Blue Cross And Blue Shield, 2221 Edward Holland Drive, Richmond, VA 23230

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest     Latest: 09-10-2010
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired in March 2000, and recently employed as a Data Entry Operator. On or about May 8, 2007, I was discharged. I filed an EEOC charge against the company alleging discriminatory practices. In March 2008, I entered into a settlement agreement with the Company. On or about August 2010, I applied online for a control data entry clerk position. On or about September 10, 2010, Debbie Barnett, Human Resources Manager advised me that I would not be rehired and/or reinstated.

Debbie Barnett told me that I was ineligible for rehire due to a "No Call, No Show" discharge.

I believe that I was not rehired and/or being considered for reinstatement in retaliation for filing an EEOC charge, and my involvement in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct.<br><br>Sep 13, 2010    *Conchita M. Turpin*<br>Date         Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC    438-2007-01296 |
|---|---|

Virginia Council On Human Rights    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Conchita M. Turpin | Home Phone (Incl. Area Code)<br>(804) 285-0089 | Date of Birth |
|---|---|---|

Street Address: 41 Craighill Road Apt A, Richmond, VA 23238

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>ANTHEM HEALTH PLANS OF VIRGINIA, IN | No. Employees, Members<br>500+ | Phone No.<br>(804) 354-7090 |
|---|---|---|

Street Address: 2235 Staples Mill Road, Richmond, VA 23230

DISCRIMINATION BASED ON (Check appropriate box(es).): ☒ AGE

DATE(S) DISCRIMINATION TOOK PLACE
Latest: 05-08-2007

THE PARTICULARS ARE:

I was hired on or about March 12, 2000, as a data entry operator. On or about 2005, Paul Thomas was assigned as my supervisor. During my tenure, I performed well and always met my production. Mr. Thomas often kept a closer scrutiny on the production of me and older employees. Mr. Thomas accused me of using two hours of idle time. I advised Jackie McCullen, Manager, to review my production as well as Wanda McClellan, Manager, and the reports reflected my idle time to be extremely low and my production high. On or about May 1, 2007, there was a meeting and Mr. Thomas announced there was a freeze on paid time off (PTO). On or about May 4, 2007, I called Mr. Thomas and left a message that I was experiencing car trouble and I would be in the following work day. On or about May 7, 2007, I called in that I would be late because I was picking up my vehicle from the shop. On May 8, 2007, I was discharged without warning, or prior write ups.

Mr. Thomas stated I was discharged for no call, no show and gave no reason I was not warned instead of discharged.

I believe that I was harassed and discharged because of my age, 48, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7-30-07    Charging Party Signature: Conchita M. Turpin

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Conchita M. Turpin
41 Craighill Road Apt.# A
Richmond, VA 23238

From: Richmond Local Office
830 East Main Street
Suite 600
Richmond, VA 23219

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 438-2007-01296 | Tonya A. Lennox, Investigator | (405) 231-4354 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Patricia W. Glisson,
Director

AUG 28 2007

(Date Mailed)

Enclosure(s)

cc: Lorraine Claiborne
Human Resources Consultant, Sr.
ANTHEM WELLPOINT
2215 Staples Mills Road
Richmond, VA 23230